RECEIVED
APR 1 8 2013
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Hon. Douglas E. Arpert
                          :
        v.                :  Crim. No. 13-2520
                          :
                          :  CONTINUANCE ORDER
ILLICH A. HALL,           :
a/k/a "ADRIAN MCKENZIE,"  :
a/k/a "ADRIAN MCKENZY,"   :
a/k/a "ANDRE LAKE,"       :
a/k/a "BLING"             :

        This matter having come before the Court on the joint

application of Paul J. Fishman, United States Attorney for the

District of New Jersey (by Fabiana Pierre-Louis, Assistant U.S.

Attorney), and defendant Illich A. Hall (by John M. Holliday,

attorney for defendant), for an order granting a continuance of

the proceedings in the above-captioned matter for a period of 60

days; and no continuances having previously been granted by the

Court pursuant to Title 18, United States Code, Section

3161(h)(7)(A); and the defendant being aware that he has the

right to have the matter submitted to a grand jury within 30 days

of the date of his arrest pursuant to Title 18, United States

Code, Section 3161(b); and as the defendant has consented to such

a continuance for a period of 60 days, and for good and

sufficient cause shown,

        IT IS THE FINDING OF THIS COURT that this action should

be continued for the following reasons:

04/17/2013  10:21    6095879950                    JOHN M HOLLIDAY ESQ                    PAGE  03/03

1.    Plea negotiations are currently in progress, and the United States and defendant desire additional time to negotiate a plea agreement, which would thereby render trial of this matter unnecessary; and

2.    Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this  18th  day of April 2013,

ORDERED that the proceedings scheduled in the above-captioned matter are continued for a period of 60 days from April 17, 2013 through and including June 15, 2013;

IT IS FURTHER ORDERED that the period from April 17, 2013 through and including June 15, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

I hereby consent to the form
and entry of this Order.

Fabiana Pierre-Louis
Assistant U.S. Attorney

John M. Holliday, Esq.
Attorney for Defendant Illich A. Hall

2